```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19541
   JOHNNIE ONEAL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-6940


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/22/2007 and was confirmed 01/22/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 04/24/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
DELL FINANCIAL SERVICES    SECURED NOT I     200.00           .00            .00
DELL FINANCIAL SERVICES    UNSECURED        2357.09           .00            .00
OVERLAND BOND & INVESTME   SECURED VEHIC   12090.00        185.04         414.96
OVERLAND BOND & INVESTME   UNSECURED       NOT FILED          .00            .00
TAMICKO ONEAL              NOTICE ONLY     NOT FILED          .00            .00
CINGULAR WIRELESS          UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED        1315.00           .00            .00
LAKE SHORE ANESTHESIA AS   UNSECURED       NOT FILED          .00            .00
LAKE SHORE NEUROLOGY       UNSECURED       NOT FILED          .00            .00
LASALLE BANK               UNSECURED       NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         363.94           .00            .00
EVERGREEN EMERGENCY SCVS   UNSECURED       NOT FILED          .00            .00
EVERGREEN EMERGENCY SCVS   UNSECURED       NOT FILED          .00            .00
EVERGREEN EMERGENCY SERV   UNSECURED       NOT FILED          .00            .00
EVERGREEN EMERGENCY SERV   UNSECURED       NOT FILED          .00            .00
MONTGOMERY WARD            UNSECURED       NOT FILED          .00            .00
PALOS COMMUNITY HOSPITAL   UNSECURED       NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        1971.72           .00            .00
TCF NATIONAL BANK          UNSECURED       NOT FILED          .00            .00
IL STATE DISBURSEMENT UN   NOTICE ONLY     NOT FILED          .00            .00
TAMICKO ONEAL              NOTICE ONLY     NOT FILED          .00            .00
CAVALRY PORTFOLIO SERV     UNSECURED        1728.75           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,493.00                       883.37
TOM VAUGHN                 TRUSTEE                                        121.57
DEBTOR REFUND              REFUND                                         565.81


          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               2,170.75


                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 19541 JOHNNIE ONEAL
```

```
PRIORITY                                                              .00
SECURED                                                            414.96
    INTEREST                                                       185.04
UNSECURED                                                             .00
ADMINISTRATIVE                                                     883.37
TRUSTEE COMPENSATION                                               121.57
DEBTOR REFUND                                                      565.81
                                      ---------------     ---------------
TOTALS                                       2,170.75            2,170.75
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


     Dated: 08/20/08                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE